**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Getzen,<br>　　　　Petitioner,<br>v.<br>State of Arizona, et al.,<br>　　　　Respondents. | No. CV-18-8039-PCT-SRB (DMF)<br><br>**ORDER** |

　　　　Getzen has moved for a transfer to a federal prison (Doc. 15), to be released from custody (Doc. 17), and for the appointment of advisory counsel for his habeas proceedings (Doc. 19). This Court does not oversee prison operations and does not appoint advisory counsel. Accordingly, these motions will be denied.

　　　　Respondents have informed the Court that Getzen's post-conviction proceedings are still pending in the Arizona Court of Appeals. (Doc. 19) The Court will stay these proceedings until the conclusion of the state proceedings.

　　　　**IT IS THEREFORE ORDERED** denying David Getzen's Motion to be Transferred to a U.S. Federal Prison. (Doc. 15)

　　　　**IT IS FURTHER ORDERED** denying David Getzen's Motion to be Released from Custody. (Doc. 17)

　　　　**IT IS FURTHER ORDERED** denying David Getzen's Motion to Appoint Counsel. (Doc. 18)

　　　　**IT IS FURTHER ORDERED** that David Getzen's Petition for Writ of Habeas

Corpus is stayed pending the outcome of his state court proceedings in Yavapai County Superior Court case number CR 201780472. Accordingly, Respondents' motion to stay the deadline to answer his Petition for Writ of Habeas Corpus is granted. (Doc. 19)

**IT IS FURTHER ORDERED** that every 120 days from the date of this Order, Respondents will inform the Court of the status of David Getzen's proceedings in state court. Further, Respondents will notify the Court within 30 days after the mandate is issued in that case by either the Arizona Court of Appeals or the Arizona Supreme Court.

Dated this 13th day of August, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge